**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Preston McRae SMALLS, a/k/a Preston
Mitchell, Defendant—Appellant.**

No. 07–6304.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 16, 2007.

Preston McRae Smalls, Appellant Pro Se. Sean Kittrell, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston McRae Smalls appeals the district court's order denying his motion to modify his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Smalls,* No. 2:98–cr–01240–DCN (D.S.C. filed Feb. 15, 2007 & entered Feb. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*